UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MCMAHAN, et al,<br><br>                              Plaintiffs,<br><br>v.<br><br>MICHAEL STAPLETON ASSOCIATES, LTD,<br><br>                              Defendant. | Case No.: 3:18-cv-00767-L-JLB<br><br>**ORDER STAYING CASE** |

On April 30, 2018, the Court granted Defendant Michael Stapleton Associates motion to stay case *Eid v. Michael Stapleton Associates*, 3:17-cv-02456-L-JLB, pending the outcome of several related cases currently progressing in the United States District Court for the Southern District of New York. The present case involves different plaintiffs alleging substantially the same claims against the same defendant. Accordingly, the Court ordered the plaintiffs in this case to show cause as to why the Court should not stay this case for the same reasons articulated in the April 30, 2018 Order entered in the *Eid* case. (Order to Show Cause [Doc. 9].) Plaintiffs' response concedes that there is no reason not to stay this case as well. Accordingly, for the reasons articulated in the Court's April 30, 2018 Order in the *Eid* case, this case is stayed until further order from the Court.

**IT IS SO ORDERED.**

Dated: July 26, 2018

_____

Hon. M. James Lorenz

United States District Judge